UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA RODRIGUEZ,<br><br>                Petitioner,<br><br>     v.<br><br>D.K. JOHNSON, Warden,<br><br>                Respondent. | Case No. CV 14-9777-R (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied, Petitioner's request for appointment of counsel is denied, and Judgment be entered dismissing this action with prejudice.

DATED: December 7, 2015                        _____
                                                       MANUEL L. REAL
                                                       U.S. DISTRICT JUDGE