**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VERONICA RODRIGUEZ,

    Petitioner,

   v.

D.K. JOHNSON, Warden,

    Respondent.

) Case No. CV 14-9777-R (JPR)
)
)
) **J U D G M E N T**
)
)
)
)
)

  Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: <u>December 7, 2015</u>

          _____
          MANUEL L. REAL
          U.S. DISTRICT JUDGE