**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA RODRIGUEZ,<br><br>        Petitioner,<br><br>        v.<br><br>D.K. JOHNSON, Warden,<br><br>        Respondent. | Case No. CV 14-9777-R (JPR)<br><br>**J U D G M E N T** |

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 28, 2016

                                            MANUEL L. REAL<br>
                                            U.S. DISTRICT JUDGE